# In the United States District Court
## For the Southern District of Georgia
### Waycross Division

| | | |
|---|---|---|
| TAWNYA RENEA MCGUIRE, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-70 |
| | * | |
| v. | * | |
| | * | |
| NANCY A. BERRYHILL, Acting | * | |
| Commissioner of Social Security, | * | |
| | * | |
| Defendant. | * | |

## ORDER

The Court has conducted an independent and *de novo* review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 17. The Court has additionally considered Plaintiff's Objections to the Report and Recommendation, dkt. no. 18. For the reasons set forth below, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

In her Objections, Plaintiff asserts the Administrative Law Judge ("ALJ") did not explain why he discounted her treating physician's opinions for her sitting and standing restrictions, which rendered this Court unable to "perform meaningful review." Dkt. No. 18, p. 2 (citations omitted). Plaintiff also alleges

the ALJ acknowledged—but did not account for—Plaintiff's

limitations in his psychiatric review technique findings.  Id.

at p. 3.

Plaintiff's Objections offer little more than a reiteration

of the contentions she originally presented the Court.  The

Magistrate Judge thoroughly review the ALJ's determination that

Plaintiff is not disabled within the meaning of the Social

Security Act and concluded substantial evidence of record

supports the ALJ's determination.  Dkt. No. 17, pp. 6-14.

Specifically, the Magistrate Judge noted other objective

evidence of record supported the ALJ's decision to discount

Plaintiff's treating physician's opinion.  Id. at pp. 7-10.

Moreover, the Magistrate Judge detailed the ALJ's assessment of

Plaintiff's affective disorder, which is a medically

determinable mental impairment, and what mental limitations

Plaintiff's affective disorder caused her before determining

Plaintiff's residual functional capacity.

The Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the

Magistrate Judge's Report and Recommendation as the opinion of

the Court.  The Court **AFFIRMS** the decision of the Commissioner

AO 72A
(Rev. 8/82)

2

and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

  **SO ORDERED**, this _____ day of _____, 2018.

            _____

            HON. LISA GODBEY WOOD, JUDGE
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)